trict Court for the District of Vermont. Probable jurisdiction noted. The cases are consolidated and a total of two hours is allotted for oral argument. The appellants are directed to file their briefs on or before January 2, 1965. The appellees are directed to file their briefs on or before January 15, 1965. The cases are set for oral argument on January 18, 1965. That portion of the judgment of the United States District Court for the District of Vermont which is the subject of these appeals is hereby stayed until further order of this Court. *George D. Webster* for appellants in No. 624. *Charles E. Gibson, Jr.,* Attorney General of Vermont, and *Chester S. Ketcham,* Deputy Attorney General, for appellants in No. 625. *Joseph A. McNamara* for appellees in No. 625. Reported below: 234 F. Supp. 191.

No. 292. ATLANTIC REFINING CO. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari granted. *Charles 1. Thompson, Jr., Roy W. Johns* and *Joel L. Carr* for petitioner. *Solicitor General Cox* and *James McI. Henderson* for respondent.

No. 296. GOODYEAR TIRE & RUBBER CO. *v.* FEDERAL TRADE COMMISSION. C. A. 7th Cir. Certiorari granted. *John F. Sonnett* and *H. Richard Schumacher* for petitioner. *Solicitor General Cox* and *James McI. Henderson* for respondent.

No. 486. DIXON ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted. *Sanford Saideman* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Wayne G. Barnett* and *Joseph Kovner* for the United States.